# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE M. BIBBER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-4987 |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINER, INC. | ) |
| Defendant. | ) |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendant's Response thereto and the evidence received in support thereof, it is hereby ORDERED:

1. Defendant National Board of Osteopathic Medical Examiners (NBOME) is enjoined to provide appropriate accommodations under the American with Disability Act (ADA) to Plaintiff Bernadette M. Bibber for the Comprehensive Osteopathic Medical Licensing Examination – Level 1 (COMLEX-I) at the earliest possible date.

2. The appropriate accommodation, which shall be provided by the NBOME to Ms. Bibber is time and a half (50%) extended time.

3. Make the above Order permanent.

4. Ordered that no bond or security is require.

_____
Stewart Dalzell
United States District Judge