UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**  Rm. 15613 United States Courthouse
**JUDGE**  Independence Mall West
Philadelphia, Pennsylvania 19106
267-299-7391

January 11, 2016

Copies Emailed to:

Charles Weiner, Esquire
Jennifer L. Watt, Esquire
Sydney L. Steele, Esquire
Jeffrey W. McDonnell, Esquire

       Re:    Bibber v. National Board of
               Osteopathic Medical Examiner
               <u>Civil Action No. 15-4987</u>

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at <u>9:30 a.m.</u> on <u>Wednesday, January 20, 2016</u> in his Chambers **(Room 15613).**

      As you will see from the Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that lists the firm dates set at the conference for the completion of discovery, other pretrial submissions and trial, if applicable.

                                      Very truly yours,

                                      <u>/s/ Joanne Tyer</u>
                                      Joanne Tyer, Courtroom Deputy
                                      Hon. Stewart Dalzell

/jt
Enc.