IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE M. BIBBER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | |
| OSTEOPATHIC MEDICAL | : | NO. 15-4987 |
| EXAMINER, INC. | : | |

ORDER

AND NOW, this 20th day of January, 2016, upon consideration of the Rule 16 conference held in Chambers today, it is hereby ORDERED that:

1. Plaintiff shall PROVIDE the defendant with her Rule 26 expert disclosures by February 12, 2016;

2. Defendant shall PROVIDE the plaintiff with its Rule 26 expert disclosures by February 19, 2016;

3. The parties shall COMPLETE discovery by April 1, 2016;

4. The defendant shall FILE its response to plaintiff's motion for a preliminary injunction by March 31, 2016, and any reply from the plaintiff, not to exceed ten pages, is due by noon on April 4, 2016; and

5. A final injunction hearing shall COMMENCE on April 6, 2016 at 9:30 a.m. in Courtroom 15-B.

BY THE COURT:

/s/ Stewart Dalzell, J.