

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNADETTE M. BIBBER : CIVIL ACTION
:
v. :
:
NATIONAL BOARD OF :
OSTEOPATHIC MEDICAL :
EXAMINER, INC. : NO. 15-4987



ORDER

AND NOW, this 31st day of March, 2016, upon consideration of a change in the Court's schedule, it is hereby ORDERED that:

1. Paragraph 5 of this Court's Order of January 20, 2016 is AMENDED to provide that the final injunction hearing shall COMMENCE on April 6, 2016 at <u>9:00</u> a.m. and continue until <u>12:00</u> p.m. each day thereafter;

2. The parties shall SUBMIT their witness and exhibit lists and a stipulation of facts, as comprehensive and detailed as possible, by noon on April 5, 2016; and

3. In all other respects, this Court's Order of January 20, 2016 remains in effect.

BY THE COURT:

_____
Stewart Dalzell, J.

ENTERED

MAR 31 2016

CLERK OF COURT