## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE M. BIBBER, )<br><br>Plaintiff, )<br><br>v. )<br><br>NATIONAL BOARD OF OSTEOPATHIC )<br>MEDICAL EXAMINER, INC. )<br><br>Defendant. ) | Case No. 15-4987 |

## DECLARATION OF BENJAMIN J. LOVETT, Ph.D

I, Benjamin J. Lovett, Ph.D., state that I am an adult and, based upon my personal

knowledge, expertise, education and experience, that the following matters are true:

1.      I am a licensed psychologist. Marked as <u>Exhibit A</u> and attached hereto is my

*curriculum vitae*, including my appointments, license, education, previous academic and clinical

appointments (selected), publications on disability diagnosis and testing accommodations,

publications on other topics, invited talks (selected), refereed conference presentations (selected),

courses taught, Masters thesis committee service, doctoral dissertation committee service,

editorial review work, service to profession, institutional service, and awards, grants and honors.

2.      On June 12, 2015, at the request of the National Board of Osteopathic Medical

Examiners, Inc. (NBOME), I reviewed the application and documentation submitted by or on

behalf of Bernadette Bibber for extended time testing accommodations (50% additional time) on

Level 1 of the COMLEX-USA examination, and reported to the NBOME my opinions and

recommendations.  Marked as <u>Exhibit B</u> and attached hereto is my Document Review, including



EXHIBIT
2

my opinions and recommendations regarding the application of Ms. Bibber for testing accommodations, which I provided to the NBOME on or about June 12, 2015.

3.      On January 18, 2016, I provided my supplemental report and opinions to the NBOME regarding the June 3, 2015 letter of Dr. James Lawrence Thomas to Ms. Margaret Wong of the NBOME and related documents. Marked as <u>Exhibit C</u> and attached hereto is my supplemental report and opinions to the NBOME.

4.      My opinions and recommendations as stated in my June 12, 2015 Document Review (<u>Exhibit B</u>) and supplemental report (<u>Exhibit C</u>) to the NBOME are my opinions and recommendations regarding Ms. Bibber's application for extended time testing of the COMLEX-USA Level 1 examination (50% additional testing time), based upon her application, all the documentations submitted by or on behalf of Ms. Bibber, and my knowledge, education, expertise and experience is the field of learning disabilities and related disorders.

5.      Based upon discovery of additional information and/or further review, I reserve the right to supplement, amend or modifications those opinions and recommendations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed by me on January 18, 2016.

_____

Benjamin J. Lovett, Ph.D.

# Benjamin J. Lovett, Ph.D.

Benjamin.Lovett@cortland.edu

**Work Address:**
Department of Psychology
SUNY Cortland
PO Box 2000
Cortland, NY 13045
607-753-2040 (office)
607-753-5738 (fax)

**Current Appointments:**
    Assistant Professor of Psychology, SUNY Cortland, Cortland, NY
    Adjunct Professor of Psychology, Syracuse University, Syracuse, NY

**Licensure:**
    Psychologist (New York State) – License #020865

**Education:**
    Ph.D. in School Psychology, 2007
    Syracuse University, Syracuse, NY
    (APA-Accredited Program)

    M.S. in Psychology, 2005
    Syracuse University, Syracuse, NY

    B.A. in Psychology, 2002, *summa cum laude*, with honors in psychology
    Minor in Educational Policy Studies
    Pennsylvania State University, University Park, PA

**Previous Academic and Clinical Appointments (selected):**
    *July 2007 – June 2014*
        Associate Professor of Psychology (Tenured), Elmira College, Elmira, NY
        (Assistant Professor of Psychology from July 2007 to June 2013)

    *August 2006 – June 2007*
        Psychology Intern, Elmcrest Children's Center & Jamesville-DeWitt Schools

    *September 2005 – June 2006*
        Psychology Extern, Jamesville-Dewitt Middle School

    *September 2003 – December 2005*
        Senior Research Analyst, Dept. of Psychiatry, SUNY Upstate Medical University
        (ADHD Clinic Coordinator, from 2003 to 2004)



EXHIBIT
*A*
Blumberg No. 5208

*Summers 2000 - 2003*
      Instructional Staff, Center for Talented Youth, Johns Hopkins University
      (Instructor for 2003; Teaching Assistant from 2000 to 2002)

**Publications on Disability Diagnosis and Testing Accommodations:**

Lewandowski, L. J., Berger, C., **Lovett, B. J.**, & Gordon, M. (in press). Test-taking skills of high school students with and without learning disabilities. *Journal of Psychoeducational Assessment.*

Wood, W. L. M., Lewandowski, L. J., **Lovett, B. J.**, & Antshel, K. M. (in press). Executive dysfunction and functional impairment associated with sluggish cognitive tempo in college students. *Journal of Attention Disorders.*

Gordon, M., Lewandowski, L. J., & **Lovett, B. J.** (2015). Assessment and management of ADHD in educational and workplace settings in the context of ADA accommodations. In R. A. Barkley (Ed.), *Attention-Deficit Hyperactivity Disorder: A handbook for diagnosis and treatment* (4th ed., pp. 774-794). New York: Guilford.

**Lovett, B. J.**, & Leja, A. M. (2015). ADHD symptoms and benefit from extended time testing accommodations. *Journal of Attention Disorders, 19*, 167-172.

**Lovett, B. J.**, & Lewandowski, L. J. (2015). *Testing accommodations for students with disabilities: Research-based practice*. Washington, DC: American Psychological Association Press. [Release Date: August 19, 2014]

**Lovett, B. J.**, Nelson, J. M., & Lindstrom, W. (2015). Documenting hidden disabilities in higher education: Analysis of recent guidance from the Association on Higher Education and Disability (AHEAD). *Journal of Disability Policy Studies, 26,* 44-53.

Nelson, J. M., Lindstrom, W., & **Lovett, B. J.** (2015). Assessing, documenting, and accommodating ADHD in college students. *ADHD Report, 23*(6), 7-11.

Lewandowski, L. J., Lambert, T. L., **Lovett, B. J.**, Panahon, C., & Sytsma, M. (2014). College students' preferences for test accommodations. *Canadian Journal of School Psychology, 29*, 116-126.

Lewandowski, L. J., & **Lovett, B. J.** (2014). The new *Diagnostic and Statistical Manual of Mental Disorders, DSM-5*: Implications for accommodations requests. *Bar Examiner, 83*(1), 42-54.

Lewandowski, L. J., & **Lovett, B. J.** (2014). Learning disabilities. In E. J. Mash & R. A. Barkley (Eds.), *Child psychopathology* (3rd ed., pp. 625-669). New York: Guilford.

**Lovett, B. J.** (2014). Testing accommodations under the amended ADA: The voice of empirical research. *Journal of Disability Policy Studies, 25*, 81-90.

**Lovett, B. J.**, & Hood, S. B. (2014). Comorbidity in child psychiatric diagnosis: Conceptual complications. In C. Perring & L. Wells (Eds.), *Diagnostic dilemmas in child and adolescent psychiatry* (pp. 80-97). New York: Oxford University Press.

Sparks, R. S., & **Lovett, B. J.** (2014). Learning disability documentation in higher education: What are students submitting? *Learning Disability Quarterly, 37*, 54-62.

Harrison, A. G., **Lovett, B. J.**, & Gordon, M. (2013). Documenting disabilities in postsecondary settings: Diagnosticians' understanding of legal regulations and diagnostic standards. *Canadian Journal of School Psychology, 28*, 303-322.

Lewandowski, L. J., Cohen, J., & **Lovett, B. J.** (2013). Effects of extended time allotments on reading comprehension performance of college students with and without learning disabilities. *Journal of Psychoeducational Assessment, 31*, 326-336.

Lewandowski, L. J., Gathje, R. A., **Lovett, B. J.**, & Gordon, M. (2013). Test-taking skills in college students with and without ADHD. *Journal of Psychoeducational Assessment, 31*, 41-52.

**Lovett, B. J.** (2013). The science and politics of gifted students with learning disabilities: A social inequality perspective. *Roeper Review, 35*, 136-143.

**Lovett, B. J.** (2013). Who needs more time (on tests)? *Better: Evidence-Based Education, 5*(3), 14-15.

**Lovett, B. J.**, & Leja, A. (2013). Students' perceptions of testing accommodations: What we know, what we need to know, and why it matters. *Journal of Applied School Psychology, 29*, 72-89.

**Lovett, B. J.**, & Sparks, R. S. (2013). The identification and performance of gifted students with learning disabilities: A quantitative synthesis. *Journal of Learning Disabilities, 46*, 304-316.

Sparks, R. S., & **Lovett, B. J.** (2013). Applying objective diagnostic criteria to students in a college support program for learning disabilities. *Learning Disability Quarterly, 36*, 231-241.

**Lovett, B. J.** (2011). Extended time testing accommodations: What does the research say? *NASP Communiqué, 39*(8), 1, 14-15.

**Lovett, B. J.** (2011). Auditory processing disorder: School psychologist beware? *Psychology in the Schools, 48*, 855-867.

**Lovett, B. J.** (2011). On the diagnosis of learning disabilities in gifted students. *Gifted Child*

*Quarterly, 55,* 149-151.

**Lovett, B. J.,** & Hood, S. B. (2011). Realism and operationism in psychiatric diagnosis. *Philosophical Psychology, 24,* 207-222.

**Lovett, B. J.,** & Johnson, T. L. (2011). The impact of presentation level on SCAN-A test performance. *Contemporary Issues in Communication Sciences and Disorders, 38,* 135-139.

Hood, S. B., & **Lovett, B. J.** (2010). Network models of psychopathology and comorbidity: Philosophical and practical considerations. *Behavioral and Brain Sciences, 33,* 159-160.

**Lovett, B. J.** (2010). Extended time testing accommodations for students with disabilities: Answers to five fundamental questions. *Review of Educational Research, 80,* 611-638.

**Lovett, B. J.,** Lewandowski, L. J., Berger, C. A., & Gathje, R. A. (2010). Effects of response mode and time allotment on college students' writing. *Journal of College Reading and Learning, 40*(2), 64-79.

**Lovett, B. J.,** Lewandowski, L. J., & Miller, L. (2010). Auditory processing disorder and ADHD: What's the relationship? *ADHD Report, 18*(3), 7-11.

**Lovett, B. J.,** & Sparks, R. S. (2010). Exploring the diagnosis of "Gifted/LD": Characterizing postsecondary students with learning disability diagnoses at different IQ levels. *Journal of Psychoeducational Assessment, 28,* 91-101.

Lewandowski, L. J., **Lovett, B. J.,** & Gordon, M. (2009). Measurement of symptom severity and impairment. In S. Goldstein & J. Naglieri (Eds.), *Assessment of impairment: From theory to practice* (pp. 5-14). New York: Springer.

**Lovett, B. J.,** Gordon, M., & Lewandowski, L. J. (2009). Measuring impairment in disability evaluations: Legal and ethical issues. In S. Goldstein & J. Naglieri (Eds.), *Assessment of impairment: From theory to practice* (93-103). New York: Springer.

Sparks, R. S., & **Lovett, B. J.** (2009). Objective criteria for classification of postsecondary students as learning disabled: Effects on prevalence rates and group characteristics. *Journal of Learning Disabilities, 42,* 230-239.

Sparks, R. S., & **Lovett, B. J.** (2009). College students with learning disability diagnoses: Who are they, and how do they perform? *Journal of Learning Disabilities, 42,* 494-510.

Lewandowski, L. J., **Lovett, B. J.,** Codding, R. S., & Gordon, M. (2008). Symptoms of ADHD and academic concerns in college students with and without ADHD diagnoses. *Journal of Attention Disorders, 12,* 156-161.

Lewandowski, L. J., **Lovett, B. J.,** & Rogers, C. L. (2008). Extended time as a testing accommodation for students with reading disabilities: Does a rising tide lift all ships? *Journal of Psychoeducational Assessment*, *26*, 315-324.

Lewandowski, L. J., **Lovett, B. J.,** Parolin, R. A., Gordon, M., & Codding, R. S. (2007). Extended time accommodations and the mathematics performance of students with and without ADHD. *Journal of Psychoeducational Assessment*, *25*, 17-28.

Gordon, M., Barkley, R. A., & **Lovett, B. J.** (2006). Tests and observational measures. In R. A. Barkley (Ed.), *Attention-Deficit Hyperactivity Disorder: A handbook for diagnosis and treatment*. (3rd ed., pp. 369-388). New York: Guilford.

Lewandowski, L. J., **Lovett, B. J.,** Gordon, M., & Antshel, K. M. (2006). The case for clinical impairment in the DSM-V criteria for ADHD. *ADHD Report*, *14*(6), 8-16.

**Lovett, B. J.,** & Lewandowski, L. J. (2006). Gifted students with learning disabilities: Who are they? *Journal of Learning Disabilities*, *36*, 515-527.

**Lovett, B. J.,** & Gordon, M. (2005). Test score discrepancies as a basis for the assessment of learning disabilities and ADHD. *ADHD Report*, *13*(3), 1-4.

**Publications on Other Topics:**

Eckert, T. L., & **Lovett, B. J.** (2013). Principles of behavioral assessment. In D. H. Saklofske, C. R. Reynolds, & V. L. Schwean (Eds.), *Oxford Handbook of Child Psychological Assessment* (pp. 366-384). New York: Oxford University Press.

Jordan, A. H., **Lovett, B. J.,** & Sweeton, J. L. (2012). The social psychology of interracial interactions: Implications for culturally competent practice. *Journal of Multicultural Counseling and Development*, *40*, 132-143.

**Lovett, B. J.,** Jordan, A. H., & Wiltermuth, S. (2012). Individual differences in the moralization of everyday life. *Ethics and Behavior*, *22*, 248-257.

Ferrier, D. E., **Lovett, B. J.,** & Jordan, A. H. (2011). Construct-irrelevant variance in achievement test scores: A social cognitive perspective. In L. E. Madsen (Ed.), *Achievement tests: Types, interpretations, and uses* (pp. 89-108). Hauppauge, NY: Nova Science.

Jordan, A. H., Monin, B., Dweck, C. S., **Lovett, B. J.,** John, O. P., & Gross, J. J. (2011). Misery has more company than people think: Underestimating the prevalence of others' negative emotions. *Personality and Social Psychology Bulletin*, *37*, 120-135.

**Lovett, B. J.** (2011). The divorce of behavior analysis and psychology: Think of the children!

*(APA) Division 25 Recorder, 39*(1), 4-6.

**Lovett, B. J.,** & Jordan, A. H. (2010). Levels of moralization: An alternative conception of moral sensitivity. *Journal of Moral Education, 39*, 175-189.

**Lovett, B. J.** (2009). The science of cheating: A psychologist's perspective. In T. Twomey, H. White, & K. Sagendorf (Eds.), *Pedagogy, not policing: Positive approaches to academic integrity at the university* (pp. 43-48). Syracuse, NY: Syracuse University Press.

**Lovett, B. J.,** & Eckert, T. L. (2009). Reinforcement sensitivity and responsiveness to performance feedback: A preliminary investigation. *Journal of Applied School Psychology, 25*, 204-219.

DiGennaro-Reed, F. D., & **Lovett, B. J.** (2008). Views on the efficacy and ethics of punishment: Results from a national survey. *International Journal of Behavioral Consultation and Therapy, 4*(1), 61-67.

Jordan, A. H., & **Lovett, B. J.** (2008). Self-theories of intelligence: Implications for school psychology. In D. H. Molina (Ed.), *School psychology: 21st century issues and challenges* (pp. 345-355). Hauppauge, NY: Nova Science.

Lewandowski, L. J., & **Lovett, B. J.** (2008). Introduction to neuropathology and brain-behavior relationships. In L. C. Hartlage & R. C. D'Amato (Eds.), *Essentials of neuropsychological assessment: Treatment planning for rehabilitation.* (2nd ed., pp. 31-55).

Mogle, J. A., **Lovett, B. J.,** Stawski, R. S., & Sliwinski, M. J. (2008). What's so special about working memory? An examination of the relationships between working memory, secondary memory, and fluid intelligence. *Psychological Science, 19*, 1071-1077.

Jordan, A. H., & **Lovett, B. J.** (2007). Stereotype threat and test performance: A primer for school psychologists. *Journal of School Psychology, 45*, 45-59.

**Lovett, B. J.,** Eckert, T. L., Talge, N. M., & Akin-Little, K. A. (2007). Attachment intervention programs: Implications for school psychologists. *Journal of Early Child and Infant Psychology, 3*, 25-43.

**Lovett, B. J.,** & Sheffield, R. (2007). Affective empathy deficits in aggressive children and adolescents: A critical review. *Clinical Psychology Review, 27*, 1-13.

Eckert, T. L., **Lovett, B. J.,** Rosenthal, B. D., Jiao, J., Ricci, L. J., & Truckenmiller, A. J. (2006). Class-wide instructional feedback: Improving children's academic skill development. In S. V. Randall (Ed.), *Learning disabilities: New research* (pp. 167-185). Hauppauge, NY: Nova Science Publishers.

**Lovett, B. J.** (2006). The new history of psychology: A review and critique. *History of Psychology, 9,* 17-37.

**Lovett, B. J.** (2005). A defense of prudential moralism. *Journal of Applied Philosophy, 22,* 159-168.

**Lovett, B. J.,** & Jordan, A. H. (2005). Moral values, moralism, and the 2004 presidential election. *Analyses of Social Issues and Public Policy, 5,* 165-175.

Akin-Little, K. A., Eckert, T. L., **Lovett, B. J.,** & Little, S. G. (2004). Extrinsic reinforcement in the classroom: Bribery or best practice? *School Psychology Review, 33,* 343-361.


**Invited Talks (selected):**

**Lovett, B. J.** (2015, November). "Putting the History of Psychology into Introductory Psychology." Invited talk given to Syracuse University Project Advance, New York, NY.

**Lovett, B. J.** (2015, October). "Testing Accommodations for Students with Disabilities: Research-Based Practice." Invited paper, given with L. J. Lewandowski, at the convention of the New York Association of School Psychologists, Verona, NY.

**Lovett, B. J.** (2015, October). "Testing Accommodations for People with Disabilities: Research-Based Practice." Clinician's Corner Webinar, given at the headquarters of the American Psychological Association, Washington, DC.

**Lovett, B. J.** (2015, August). "Testing Accommodations for People with Disabilities: Research-Based Practice." Continuing Education Workshop, with L. J. Lewandowski, given at the convention of the American Psychological Association, Toronto, ON.

**Lovett, B. J.** (2015, March). "Testing Accommodations for Students with High-Incidence Disabilities: Research Informing Practice." Invited talk given to the Department of Counseling and Educational Psychology, University at Albany, SUNY, Albany, NY.

**Lovett, B. J.** (2015, March). "Extended Time Requests on the MCAT: The Need for Rigorous Review." Invited talk given at the American Association of Medical Colleges, Washington, DC.

**Lovett, B. J.** (2014, August). "Testing Accommodations for Students with Disabilities: Research-Based Practice" Continuing Education Workshop, with L. J. Lewandowski, given at the convention of the American Psychological Association, Washington, DC.

**Lovett, B. J.** (2013, November). "Should Medical Licensure Exams Be Timed?" Invited talk given at the National Board of Medical Examiners, Philadelphia, PA.

**Lovett, B. J.** (2013, November). "The Advantages and Disadvantages of Timed Tests." Invited talk given at the Research Advisory Forum of the National Board of Osteopathic Medical Examiners, Conshohocken, PA.

**Lovett, B. J.** (2013, May). "Auditory Processing Disorders: From Research to Practice: The View from School Psychology." Invited talk given to the National Centre for Audiology, London, Ontario.

**Lovett, B. J.** (2013, April). "Learning Disabilities and the Use of Expert Consultants." Invited talk given (with Dr. Lawrence Lewandowski) to the National Conference of Bar Examiners, Boston, MA.

**Lovett, B. J.** (2012, October). "The Science of Testing Accommodations for Students with Disabilities." Invited talk given to the Psychology Department at Suffolk University, Boston, MA.

**Lovett, B. J.** (2012, August). "Testing Accommodations: From Research to Practice." Invited talk to be given at the meeting of the College Board's Office of Services for Students with Disabilities, Seattle, WA.

**Lovett, B. J.** (2012, May). "Classroom Management: A Behavioral Perspective." Invited talk to student-teachers currently in school-based practica at Elmira College, Elmira, NY.

**Lovett, B. J.** (2012, May). "Testing Accommodations for Students with Disabilities: Research-Based Practice." Invited talk at the conference High-Incidence Disabilities in Higher Education: Current Issues and Best Practices, Toronto, ON.

**Lovett, B. J.** (2012, March). "The Psychology of Accomplishment." Invited talk given to the Elmira College Chapter of Phi Beta Kappa, Elmira, NY.

**Lovett, B. J.,** & Sparks, R. S. (2011, December). "Gifted Students with Learning Disabilities: Implications for Testing Accommodations." Invited talk given to the National Board of Medical Examiners, Philadelphia, PA.

**Lovett, B. J.** (2011, April). "The Science and Ethics of Accommodating Employees with Psychiatric Disabilities." Invited talk given at the Tuck School of Business, Dartmouth College, Hanover, NH.

**Lovett, B. J.** (2010, October). "Diagnosing Learning Disabilities in Postsecondary Students." Invited talk given to the Southern Ontario Regional Assessment and Resource Centre, Huntsville, Ontario.

**Lovett, B. J.,** & Sparks, R. S. (2009, November). "Gifted Students with Learning Disabilities: Current Concepts and Controversies." Invited talk at the Test Agencies Disability Forum, Educational Testing Service, Princeton, NJ.

**Lovett, B. J.**, & Johnson T. L. (2009, October). "Auditory Processing Disorder: An Applied Primer for School Psychologists." Invited talk to the Psychology Department, Syracuse University, Syracuse, NY.

**Lovett, B. J.** (2007, March). "Testing Accommodations for Students with Disabilities: Asking the Hard Questions." Presentation to the Jamesville-DeWitt School District, Jamesville, NY.

**Lovett, B. J.** (2005, November). "Putting Statistics into Introductory Psychology: Activities that Work." Presentation to Syracuse University's Project Advance, New York, NY.

**Lovett, B. J.** (2005, October). "Direct Observation: The Royal Road to Child Psychiatric Diagnosis?" Presentation at Child Psychiatry Grand Rounds, Department of Psychiatry, SUNY Upstate Medical University, Syracuse, NY.

## Refereed Conference Presentations (selected):

**Lovett, B. J.**, Drymond, M., & Vita, L. (2015, March). Determinants of college students' time needed to complete a test. Poster presented at the convention of the Eastern Psychological Association, Philadelphia, PA.

Potts, H. E., Lewandowski, L. J., & **Lovett, B. J.** (2015, February). Can we predict time needed on a reading comprehension test? Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Potts, H. E., Wood, W. L., Lewandowski, L. J., & **Lovett, B. J.** (2015, February). Does sluggish mean slower test performance? A pilot study. Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Spielberger, S., Lewandowski, L. J., **Lovett, B. J.**, & Potts, H. E. (2015, February). Effects of expressive writing on test anxiety and classroom tests. Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Wood, W. L., Lewandowski, L. J., & **Lovett, B. J.** (2014, February). Impairment and executive functioning associated with sluggish cognitive tempo. Poster presented at the convention of the National Association of School Psychologists, Washington, DC.

Sparks, R. S., & **Lovett, B. J.** (2013, November). Examining documentation and applying objective diagnostic criteria to college students in a learning disability support program. Paper presented at the Convention of the International Dyslexia Association, New Orleans, LA.

Leja, A. M., & **Lovett, B. J.** (2013, February). Extended time testing accommodations: Do ADHD symptoms matter? Poster presented at the convention of the National Association of School Psychologists, Seattle, WA.

Johnson, T. L., **Lovett, B. J.,** Widen, S., & Amsterdam, R. (2012, March). Attitudes towards hearing protection among U.S. college students. Poster presented at the convention of the Pennsylvania Speech-Language-Hearing Association, Lancaster, PA.

Lewandowski, L., **Lovett, B. J.,** Panahon, C. J., Lambert, T., & Systma, M. R. (2012, February). Test accommodation preferences in college students. Poster presented at the convention of the National Association of School Psychologists, Philadelphia, PA.

**Lovett, B. J.,** Fredericks, D., Leja, A., & Sparks, R. S. (2012, February). Gifted students with learning disabilities: A quantitative synthesis. Poster presented at the convention of the National Association of School Psychologists, Philadelphia, PA.

Sparks, R. S., & **Lovett, B. J.** (2011, November). The identification and performance of gifted students with learning disabilities: A quantitative synthesis. Poster presented at the convention of the International Dyslexia Association, Chicago, IL.

Johnson, T. L., **Lovett, B. J.,** Kingman, R., & Cronin, C. (2010, November). The measurement of auditory processing: Does presentation level affect performance? Poster presented at the convention of the American Speech-Language-Hearing Association, Philadelphia, PA.

**Lovett, B. J.,** & Johnson, T. L. (2010, March). Auditory processing disorder: A role for the school psychologist. Paper presented at the convention of the National Association of School Psychologists, Chicago, IL.

Cohen, J. A., Lewandowski. L. J., & **Lovett, B. J.** (2010, March). Differences between extended time allotments for learning disabled college students. Poster presented at the convention of the National Association of School Psychologists, Chicago, IL.

Hendricks, K., Lewandowski, L. J., & **Lovett, B. J.** (2010, March). The use of Testtracker for students with ADHD. Poster presented at the convention of the National Association of School Psychologists, Chicago, IL.

**Lovett, B. J.,** & Hood, S. B. (2009, November). Realism and operationism in psychiatric diagnosis. Paper presented at the convention of the Florida Philosophical Association, Gainesville, FL.

**Lovett, B. J.,** Ells, L., & Lewandowski, L. J. (2008, November). Why do you think you need extra time? Poster presented at the convention of the New York Association of School Psychologists, Rochester, NY.

Berger, C., Lewandowski, L. J., **Lovett, B. J.,** Gathje, R. A., & Cohen, J. A. (2008, February). Writing on a computer: No longer a testing accommodation. Poster presented at the convention of the National Association of School Psychologists, New Orleans, LA.

**Lovett, B. J.,** Lewandowski, L. J., Kleinmann, A. E., & Rogers. C. R. (2007, March). Testing accommodations for students with disabilities: From research to practice. Symposium presented at the convention of the National Association of School Psychologists, New York, NY.

Berger, C., Gathje, R. A., Lewandowski, L. J., **Lovett, B. J.** (2007, March). Extended time and laptop format as accommodations for written language tests. Poster presented at the convention of the National Association of School Psychologists, New York, NY.

DiGennaro, F. D., & **Lovett, B. J.** (2006, May). Is punishment effective? Is it ethical? Views of ABA members. Poster presented at the convention of the Association for Behavior Analysis, Atlanta, GA.

Eckert, T. L., **Lovett, B. J.,** & Jiao, J. (2006, March). Does performance feedback serve as reinforcement? Poster presented at the convention of the National Association of School Psychologists, Anaheim, CA.

Lewandowski, L. J., Sheffield, R., & **Lovett, B. J.** (2006, March). "Symptomatic" versus "impaired": Which is more important in ADHD diagnosis? Paper presented at the convention of the National Association of School Psychologists, Anaheim, CA.

Lewandowski, L. J., Parolin, R., **Lovett, B. J.,** & Gordon, M. (2006, March). Effects of extended time on math performance for students with ADHD. Poster presented at the convention of the National Association of School Psychologists, Anaheim, CA.

**Lovett, B. J.,** & Lewandowski, L. J. (2005, March). The gifted/learning disabled child: A critique of current assessment practices. Poster presented at the convention of the National Association of School Psychologists, Atlanta, GA.

**Lovett, B. J.,** & Stawski, R. S. (2004, November). Ergodicity in psychoeducational assessment. Paper presented at the Gardner Conference on Measurement and Statistics, Auburn, NY.

**Lovett, B. J.,** & DiGennaro, F. D. (2004, May). Punishment and aversive interventions, 1980-2000: Change and continuity. Poster presented at the convention of the Association for Behavior Analysis, Boston, MA.


**Courses Taught:**

> *Undergraduate Level*
> Introductory Psychology
> Abnormal Psychology
> Child Psychopathology
> Personality Psychology
> Health Psychology
> History and Systems of Psychology

Psychological Testing
Research Methods in Psychology
Educational Psychology
Psychology of Children with Exceptionalities
Psychology of Learning
Applied Behavior Analysis
Introduction to School Psychology
Psychology of Intelligence and Creativity
Seminar: The Psychology of Moral Judgment
Seminar: Great Experiments in Psychology
Seminar: Controversies in Child Psychopathology
Applying Research Methods in Psychology: ADHD
Supervised Research Experience in Psychology
Interdisciplinary Freshman Core Course: Order & Chaos

*Graduate Level*
Statistics in Educational Research
Applied Behavior Analysis
History and Systems of Psychology

**Masters Thesis Committee Service:**
Kaitlin Hendricks (Syracuse University, 2010)
Justin Cohen (Syracuse University, 2010)
Whitney Wood (Syracuse University, 2013)
Stephanie Spielberger (Syracuse University, 2015)
Heather Potts (Syracuse University, 2016?)

**Doctoral Dissertation Committee Service:**
Mara Jane Schutz (University of NewCastle, 2008)
Kaitlin Hendricks (Syracuse University, 2013)
Laura Miller (Syracuse University, 2014)
Whitney Wood (Syracuse University, 2015)


**Editorial Review Work:**

Editorial board member, *Journal of Psychoeducational Assessment* (2007 - Present)

Editorial board member, *Journal of School Psychology* (2011 - 2014)

Ad-hoc reviewer for:
*American Educational Research Journal*
*Canadian Journal of School Psychology*
*Clinical Psychology Review*
*Educational Assessment*
*European Journal of Psychology of Education*

*High Ability Studies*
*Journal of Adolescence*
*Journal of Applied School Psychology*
*Journal of Attention Disorders*
*Journal of Business Ethics*
*Journal of Child and Family Studies*
*Journal of Learning Disabilities*
*Journal of Social and Clinical Psychology*
*Psychological Science*
*Research in Developmental Disabilities*
*Roeper Review*
*School Psychology Review*

Textbook reviewer/consultant for:
McGraw-Hill Higher Education
Sage Publications
John Wiley Publishers
Worth Publishers
*Choice* (academic library acquisitions service)

**Service to the Profession:**

Conference proposal reviewer, New York Association of School Psychologists (2006)

Assessment Consultant, ARC of Chemung County, NY (2007 - 2014)

Grant Reviewer, Netherlands Organisation for Scientific Research, (2014)

**Institutional Service:**
At SUNY Cortland (2014-)
Psychology Department Curriculum Committee (2014 - )
Psychology of Children with Exceptionalities Committee (2014 -)
Chair, Clinical Psychology Faculty Search Committee (2014 - 2015)
Member, Applied Psychology Faculty Search Committee (2014)
Ad Hoc Committee on the 25th Anniversary of the ADA (2014 - )

At Elmira College (2007-2014)
Co-Advisor, Elmira College Chapter of Psi Chi (2009 - 2010)
Co-Chair, Human Research Review Board, Elmira College (2008 - 2014)
Teacher Education Advisory Group, Elmira College (2007 - 2009)
Faculty Development Committee, Elmira College (2008 - 2010; Chair, 2009 - 2010)
Academic Assessment Committee, Elmira College (2008 - 2011)
Advising Committee, Elmira College (2012 – 2014)
Psychology Faculty Search Committee, Internal Member (2008 - 2009)
Nursing Faculty Search Committees, Outside Member (2010, 2012, 2013)
Criminal Justice Search Committee, Outside Member (2012)

Education (Literacy) Search Committee, Outside Member (2012)
Reviewer of Tenure-Track Faculty:
      2008-2009 – Dr. Megan Kennedy, 1st year review
      2009-2010 – Dr. Christopher Terry, 1st year review
      2010-2011 – Dr. Lauren Shaw, 3rd year review
      2013-2014 – Dr. Mark Pinter, 3rd year review

**Awards, Grants, and Honors:**
At SUNY Cortland (2014-)
Faculty Development Center Small Grant, 2014
Teaching Innovation Grant, 2015
College Assessment Committee Grant, 2015

At Elmira College (2007-2014)
Summer Faculty Development Research Grant, 2009, 2010, 2011, 2012
Honorary Inductee (student-elected), Phi Eta Sigma National Honor Society, 2009
Psi Chi Faculty Advisor Research Grant, 2010
Journal of School Psychology Editorial Appreciation Award, 2013
Joseph Stein Junior Faculty Prize, 2013

At Syracuse University (Ph.D. student, 2002-2007)
University Fellowship Award, 2002-2003 and 2005-2006
Psychology Department Allport Research Grant, 2004, 2005
College of Arts and Sciences Creative Project Award, 2005
Syracuse University Outstanding Teaching Award, 2005

At the Pennsylvania State University (undergraduate student, 1998-2002)
Induction into Psi Chi, National Honor Society for Psychology, 2000
3rd Place Prize, Social Science Division, Undergraduate Research Fair, 2001
Induction into Phi Beta Kappa, 2002

## DOCUMENTATION REVIEW

**Testing Agency:** National Board of Osteopathic Medical Examiners (NBOME)
**Applicant Name:** Bernadette Bibber

**Date of Review:** June 12, 2015

Bernadette Bibber has requested extended time testing accommodations (50% additional time) on Level 1 of the COMLEX-USA exam. She reports diagnoses of dyslexia, ADHD, and a "visual perceptual impairment," which limit her in a variety of activities, as well as impacting her during test taking. Specifically, she argues that timed exams do not give her sufficient time to decode and comprehend what she is reading, so that she can demonstrate her knowledge when answering test items. She reports a history of accommodations dating back to elementary school, but she also reports having taken the GRE and MCAT without accommodations, and having gotten average scores on these tests.

In support of her initial request, Ms. Bibber submitted the following documents:
- Documents confirming eligibility for accommodations in medical school and on College Board exams (such as the SAT)
- Reports from diagnostic evaluations completed in 2004, 2005, and 2013
- A 2015 letter from an "academic language therapist"

Ms. Bibber's initial request was apparently denied, and so she has appealed. The following documents have been sent in support of her appeal:
- A cover letter from an attorney representing her in the appeal
- Many statements from her instructors at medical school, showing that she was eligible for accommodations there
- A supportive letter from her medical school
- Parts of the 2013 diagnostic evaluation reports that had been sent earlier
- A 2015 letter from a neuropsychologist reporting some data from a new evaluation
- An "informal" assessment report from 2003
- A Section 504 plan from 2002
- Confirmation of a waiver of the foreign language requirement at college

In this report I review the entirety of the documentation, focusing on whether learning disabilities and/or ADHD are present, and whether extended time accommodations are needed for Ms. Bibber to access Level 1 of the COMLEX.

<u>Diagnostic History</u>
Ms. Bibber reports that she was first diagnosed with a disability at age 7, but also that most of her early official records were lost during Hurricane Sandy. We have a 2015 letter from an "academic language therapist" saying that the therapist's center had diagnosed Ms. Bibber with dyslexia in fifth grade (still in childhood, although later than age 7). Unfortunately, we do not have any reports of specific scores on diagnostic achievement tests from childhood (or



EXHIBIT
B

adolescence), and so it is impossible to know precisely what Ms. Bibber's skills were at that time. Even though we have a Section 504 plan from high school, showing provision of accommodations, no diagnostic test scores were given on the plan document either.

The first assessment report that we do have comes from 2003, and it was from an "informal evaluation" conducted by an "education expert," specifically to determine if Ms. Bibber would need a waiver from the foreign language requirement in college. The report does describe results of some of the tests given during the assessment, but no norm-referenced scores are given, and it is unclear if the tests even yielded scores based on comparisons with a large norming group of age or grade peers.

We have the report from a 2004 evaluation in which Ms. Bibber was given a comprehensive battery including intelligence and achievement tests. However, all of Ms. Bibber's scores on those tests were in the average range or above. The report did not conclude with any formal diagnoses, but the evaluator noted that Ms. Bibber and her mother reported symptoms of ADHD, and concluded that although there should be another evaluation to confirm the presence of the disorder, Ms. Bibber "may also benefit from extended time for tests" due to her ADHD.

In 2005 an evaluation was done specifically to test for ADHD. In the evaluation, Ms. Bibber and her mother again both described her as having very high levels of ADHD symptoms, both now and as a child. Interestingly, Ms. Bibber's cousin served as a second informant, and did not report high symptom levels. Finally, on a computerized test of attention and impulse control, Ms. Bibber reportedly exhibited certain deficits (although no scores from the test were given). The evaluator diagnosed ADHD.

In 2013, Ms. Bibber completed a multidisciplinary evaluation, in which she received separate assessments from a psychologist and a learning consultant, and the evaluators then issued a joint diagnosis. The psychologist found that, again, Ms. Bibber and her mother both described her as having very high ADHD symptom levels. The learning consultant found that on one achievement test (the Wechsler Individual Achievement Test, or WIAT), all of Ms. Bibber's scores were average or above, but on a test that specifically focused on reading (the Nelson-Denny Reading Test, or NDRT), her scores were below the average range. The evaluators made DSM-5 diagnoses of ADHD and a learning disability in reading.

Finally, in 2015, after her initial request for accommodations was denied, Ms. Bibber was evaluated by a neuropsychologist. The neuropsychologist gave the NDRT again and found similar scores to those above, and he also administered cognitive tests that yielded below-average scores in the areas of attention and "cognitive efficiency." The neuropsychologist made a diagnosis of a learning disability in reading and concluded that Ms. Bibber "qualifies as deserving extra time (time and one half) on examinations."

<u>Evidence of a Learning Disability in Reading (also known as "Dyslexia")</u>
Briefly, I do not believe that that there is sufficient evidence to support any learning disability diagnoses. The current official criteria for learning disabilities (now officially called "Specific Learning Disorder") require that someone's "academic skills are substantially and quantifiably

below those expected for the individual's chronological age."[1] In 2013 and 2015, Ms. Bibber received clear DSM-5 diagnoses of a learning disability in reading, but at neither time were the official diagnostic criteria met.

In 2013, Ms. Bibber's reading skills were assessed using the WIAT and the NDRT.  On the WIAT, all of her reading scores were in the average range or above—even the scores that were based on her timed reading speed.[2] On the NDRT, there are no age-based scores available, and so there is no direct way to see if the DSM-5 criteria are met. However, for adults who have above-average education levels (as Ms. Bibber does), we often use a general population proxy group of first-year college students. Using information from the 2013 evaluation report, I was able to calculate that Ms. Bibber's score on the NDRT timed reading comprehension task was 194, which is well within the average range for first-year college students. Therefore, there was clearly inadequate evidence of a learning disability in reading.

In 2015, Ms. Bibber's neuropsychologist administered the NDRT again, and this time she completed a slightly different form of it and obtained a slightly lower score on the timed reading comprehension task, 190. Even that score is within the average range for first-year college students.[3]

I would note that, if we look back at the prior achievement testing in 2004, where Ms. Bibber's reading skills were measured using the Woodcock Reading Mastery Test (WRMT), her scores were again all in the average range or above.

In sum, there is no credible data from any diagnostic evaluation showing that, compared to her age-peers, Ms. Bibber's reading skills were below the average range, even under timed conditions. Therefore, there is insufficient evidence of a learning disability in reading.

Evidence of ADHD

There is certainly some evidence *consistent with* an ADHD diagnosis. In evaluations dating back to 2004, Ms. Bibber and her mother both reported that she has very high levels of ADHD symptoms, and that she had very high levels as a child as well. In addition, in 2005, it seems that

---

[1] See page 67 of the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5). The DSM-5 goes on to say that someone's scores on standardized achievement tests should be at least 1 standard deviation below the expected average for the person's age, and so I use "average" to mean "within 1 standard deviation of the average of the relevant comparison group."

[2] Ms. Bibber's 2015 evaluator, the neuropsychologist, took issue with the WIAT data from the 2013 evaluation, arguing that the WIAT scores "should not be considered a valid representation of Ms. Bibber's abilities," since the norm group for the WIAT was based on students 19 years old and younger. He cited a 2010 book as having that fact in it. But in 2010, likely after the cited book was written, WIAT norms for adults were published, and the 2013 evaluator who administered the WIAT specifically reported that "a norm reference sample of students 28 years 10 months of age" was used. By 2013, the evaluator had no doubt obtained the correct norms. See the following webpage for proof that adult norms were available starting in 2010:
http://pearsonassessmentsupport.com/support/index.php?View=entry&EntryID=3808

[3] I should note that the NDRT has another score, a "Reading *Rate*" score. In both 2013 and 2015, Ms. Bibber's rate score was very low indeed. However, that score is based on only one minute of silent reading, without any check on comprehension. It is known to be an unreliable score, and it should never be used for diagnostic purposes. The timed reading comprehension score is far better (and more reliable) – it is based on 20 minutes of reading passages and answering questions about passages, to ensure that the person understand what he or she read.

Ms. Bibber performed poorly on a computerized test of attention and impulsiveness, and in 2015 she performed below average on cognitive tasks assessing attention.

Despite all of this evidence, we cannot be very confident about the disorder being present. Two things trouble me about the diagnosis. First, the official diagnostic criteria for ADHD require that symptoms begin during childhood, and Ms. Bibber and her mother report that symptoms were indeed present. But if the symptoms were there so early, why was nothing ever done during Ms. Bibber's childhood and adolescence? Second, we have no evidence from teachers, professors, supervisors, co-workers, or friends attesting to Ms. Bibber being *currently impaired* by symptoms in real-world settings. Admittedly, it could be argued that her medication keeps her from being impaired, but in that case, it is unclear why she needs accommodations.

Extended Time Needs

Given Ms. Bibber's average-range performance on timed reading tests, I do not believe that there is sufficient evidence to support extended time accommodations, even if we stipulated to the ADHD diagnosis. Moreover, it is important to note that, at least reportedly, she obtained average-range scores, *without accommodations*, on the GRE and MCAT. These scores are very significant for two reasons. First, they show that, even compared to a high-performing fraction of the population (i.e., applicants to graduate school and medical school), Ms. Bibber was able to perform in the average range without accommodations, suggesting that she was able to access the tests. Second, the scores call into question her scores on the NDRT timed comprehension task. In 2013 and 2015, her evaluators calculated her NDRT scores by comparing her to college seniors, and she performed in the bottom 5-6% of them. But when she was compared to (mostly) college seniors on the GRE and MCAT, she managed to perform in the average range. Obviously, it is the GRE and MCAT scores that should be taken as more valid, since it is there that she would have higher motivation to perform well.[4]

All of this argues against any need for additional time on Level 1 of the COMLEX. Admittedly, the diagnostic evaluation data are at times confusing, and Ms. Bibber's evaluators make superficially plausible cases for their diagnoses and their accommodation recommendations. But I believe that when the evidence is analyzed carefully, there is insufficient evidence supporting the request.

Benjamin J. Lovett, Ph.D.

---

[4] It is troubling that in 2015, when evaluated by a neuropsychologist, Ms. Bibber does not appear to have been given any "validity measures" that assessed her effort or honesty during the evaluation. The evaluation was being conducted in response to the denial of her accommodations request, and she had an obvious incentive to overreport symptoms and underperform on diagnostic tests, but the neuropsychologist does not appear to have considered this. Official best practice guidelines in clinical neuropsychology require the formal evaluation of a client's effort and honesty.

**SUPPLEMENTAL DOCUMENT REVIEW**

To:  Testing Accommodations Committee, NBOME
From: Benjamin J. Lovett, Ph.D.
Re: Bernadette Bibber
Date: January 18, 2016

Dear Committee Members:

At your request, I have continued to examine documentation provided by Bernadette Bibber. In particular, I have examined a letter dated June 3, 2015 from Dr. James Lawrence Thomas, among other documents.

Early in 2015, Ms. Bibber requested 50% additional time on Level 1 of the COMLEX-USA exam. After Ms. Bibber's request for accommodations was denied, she went to Dr. Thomas, who performed additional psychological and educational testing. According to a "credentials" section of his letter, Dr. Thomas is a "clinical psychologist and neuropsychologist." In the letter, he writes that Ms. Bibber "qualifies as having a learning disability in reading" under the guidelines of the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5), which is the most widely used diagnostic system for mental disorders in North America. In addition, Dr. Thomas writes that Ms. Bibber "qualifies as deserving extra time (time and one half) on examinations." After reviewing the entirety of the documentation, it is my opinion that Ms. Bibber does <u>not</u> currently meet the criteria for a learning disability under DSM-5, and that she has <u>not</u> demonstrated a need for additional time on Level 1 of the COMLEX. The following points are particularly pertinent:

1. In 2013, Ms. Bibber had been evaluated by another professional, who administered a test battery of academic skills, the third edition of the Wechsler Individual Achievement Test (WIAT-III). *All* of her scores on the WIAT-III were in the average range, compared to her age peers. This includes her reading scores, even under timed conditions. (Please see the Appendix for a table illustrating this.) The DSM-5 criteria for a learning in reading (officially, "Specific Learning Disorder with impairment in reading," also known as dyslexia) require that someone's "academic skills are substantially and quantifiably below those expected for the individual's chronological age."[1] Therefore, Ms. Bibber's scores on the WIAT-III are clear evidence *against* the presence of a learning disability under DSM-5 guidelines.

2. Dr. Thomas suggests that the WIAT-III scores should be ignored because the WIAT-III did not permit comparison of Ms. Bibber with an appropriate reference group. He claims that the WIAT-III comparison samples "did not have anyone with a higher grade than the 12th grade, and that no one in this group was older than 19 years." In fact, this is not correct, and the 2013 report in which Ms. Bibber's WIAT-III scores are discussed makes clear that she was "being compared to a norm reference sample of students 28 years 10

---

[1] See page 67 of: American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders*. (5th ed.). Arlington, VA: American Psychiatric Publishing.



EXHIBIT
C

months of age."[2] Therefore, the WIAT-III scores are to be relied upon. In fact, they are the *most recent* measures of Ms. Bibber's reading skills in which she was compared to age peers, the appropriate comparison group under DSM-5.

3.  To support his diagnosis and recommendations, Dr. Thomas cites Ms. Bibber's score on the timed reading comprehension part of the Nelson-Denny Reading Test (NDRT). In this part of the NDRT, an examinee reads seven passages and answers multiple-choice questions about each passage, all under the strict time limit of 20 minutes. When the task was developed, it was administered to thousands of high school and college students. The test developers combined data from high school sophomores, juniors, and seniors with college freshmen and sophomores, and for that aggregated group, the average score on the task is defined as a 200. (The NDRT manual calls this a "scale score.") Ms. Bibber was given the NDRT twice. In 2013, she obtained a score of 194,[3] and in 2015, she obtained a score of 190. These scores (194 and 190) are in the average range for all people who the NDRT scores were based on (194 and 190 are very close to 200). These scores are also in the average range compared to first-year college students, who are often used as a comparison group to represent the general adult population. However, Ms. Bibber's evaluators have compared her to graduating college seniors, a group whose average NDRT comprehension scale score is approximately 233. Compared to graduating college seniors, Ms. Bibber's scores have been below the average range, in the bottom 5 or 6% of that group. The choice of the comparison group is thus crucial.[4]

4.  I should also note that the NDRT provides for the calculation of a *reading rate* score. Recall that the NDRT comprehension task involves reading seven passages. While the examinee is reading the first passage, one minute into the test, she is asked to mark where in the first passage she is reading at that point. Her position is translated to a scale score that, again, had an average of 200 for the aggregated group of high school sophomores, juniors, and seniors and college freshmen and sophomores that the test was developed on. Ms. Bibber's reading *rate* score appears to have been below the average range, regardless of whether the comparison group is graduating college seniors or a more appropriate general population proxy group. However, the reading rate score is based on only one minute of silent reading with no check on comprehension, and it is known to be crude (imprecise) and unreliable. (There are statistical ways of computing reliability, and the NDRT's own manual reports a reliability value for the rate score that is below professionally accepted standards.)

---

[2]To support his claim, Dr. Thomas references a 2010 book. When the WIAT-III was initially published, his claim was true. However, in 2010, three years before Ms. Bibber was assessed with the WIAT-III, the publisher of the WIAT-III released norms for adults. Indeed, according to information posted on the publisher's website on July 31, 2010, norms were available "with an expanded age range of 20:00 - 50:11." See the information at: http://pearsonassessmentsupport.com/support/index.php?View=entry&EntryID=3808
It seems obvious that Ms. Bibber's 2013 evaluator used the updated norms, since the 2013 report says as much.
[3] The 194 score was not directly reported, but I calculated it from information in the 2013 evaluation report, using the NDRT manual.
[4] Generally, when we assess adults for disability status, we use age-group comparisons, something that the NDRT does not allow (it does not have scoring tables for age comparisons). Therefore, I would recommend that Ms. Bibber's scores from the Wechsler Individual Achievement Test (WIAT-III) be relied on.

5. I have reason to doubt that even Ms. Bibber's NDRT *comprehension* scores, which are average when compared to general population proxy groups, are a valid measure of her timed reading comprehension skills. Her NDRT scores were obtained during diagnostic evaluations in which she had an incentive to show her need for continued accommodations. In contrast, when we look at her scores on the GRE and MCAT admissions tests, in which she had an incentive to obtain as high a score as possible, her scores were reportedly in the average range *when compared to groups of examinees applying to graduate school and medical school*—groups of people who are already well above average compared to the general population. The GRE scores may be particularly instructive, since the GRE is a general test (its official name is actually the GRE General Test) meant to test general reasoning skills rather than subject-specific knowledge. To obtain an average-range score on the GRE—particularly on the verbal reasoning section of the GRE—without accommodations, an examinee would need to have adequate timed reading comprehension skills, since such skills are needed to *access* the test.

6. Dr. Thomas is a neuropsychologist, and associations of neuropsychology professionals have made very clear that any neuropsychological assessment must include measurement of the patient's level of effort, motivation, and honesty. For instance, the National Academy of Neuropsychology has issued a position paper indicating that "Symptom exaggeration or fabrication occurs in a sizeable minority of neuropsychological examinees" and "adequate assessment of response validity is essential."[5] Similarly, the American Academy of Clinical Neuropsychology has issued a consensus statement indicating that "the assessment of effort and genuine reporting of symptoms is important in all evaluations."[6] However, even though Ms. Bibber had a clear incentive to try to show a need for accommodations during her evaluation, Dr. Thomas does not mention having administered any specialized assessment tools to detect her level of effort, motivation, or honesty. This is problematic, since research has shown that a significant number of young adults being evaluated for learning and attention problems will exaggerate their level of impairment, although not necessarily intentionally or even consciously.[7]

7. Dr. Thomas repeatedly compares Ms. Bibber's performance on many different tests (including the timed reading comprehension test) to her IQ. He implies that, because her other test scores are below her (very high) IQ, they represent a disability. However, this is fallacious reasoning. It is in fact typical for nondisabled people to show considerable variability in their performance across different diagnostic tests.[8] I am reminded of a metaphor that has been useful in understanding other cases of contested disability

---

[5] See page 427 of: Bush, S. S., et al. (2005). Symptom validity assessment: Practice issues and medical necessity: NAN Policy & Planning Committee. *Archives of Clinical Neuropsychology, 20*(4), 419-426.

[6] See page 1121 of: Heilbronner, R. L., et al. (2009). American Academy of Clinical Neuropsychology Consensus Conference Statement on the neuropsychological assessment of effort, response bias, and malingering. *The Clinical Neuropsychologist, 23*(7), 1093-1129.

[7] See, for instance, Sullivan, B. K., et al. (2007). Symptom exaggeration by college adults in attention-deficit hyperactivity disorder and learning disorder assessments. *Applied Neuropsychology, 14*(3), 189-207.

[8] See, for instance, Schretlen, D. J., Munro, C. A., Anthony, J. C., & Pearlson, G. D. (2003). Examining the range of normal intraindividual variability in neuropsychological test performance. *Journal of the International Neuropsychological Society, 9*, 864-870.

accommodations: if an ultramarathon runner was injured and could only race for 26.2 miles rather than the 100 miles that had been her previous endured distance, she would not be disabled relative to most people in the general population.[9] In short, within-person discrepancies (variability in skills within a single person) are insufficient to show evidence of a disability; instead, someone's level of ability or performance must be discrepant from the level that most people possess. In Ms. Bibber's case, what is most important is that on the key, relevant tests—timed reading-based tests—where she is being compared to age peers, her scores are in the average range. This both argues against the presence of a learning disability in reading (clearly under DSM-5 guidelines) and against the need for additional time to access Level 1 of the COMLEX.

8. Dr. Thomas administered a number of other tests to Ms. Bibber, including parts of the Woodcock-Johnson Battery as well as parts of the Halstead-Reitan Neuropsychological Battery. Some of her scores on these measures were low. However, these measures did not assess Ms. Bibber's ability to read actual text. Therefore, none of her scores from these tests support the diagnosis of a learning disability in reading or the need for extended time on a reading-based test.

9. Dr. Thomas's June 3, 2015 letter focused on Ms. Bibber's claimed learning disability, but I should conclude by addressing her reported ADHD as well. As I had concluded in my earlier review of her documentation (dated June 12, 2015), there is some evidence consistent with ADHD, but there are still some missing pieces of evidence. I would reinforce the point that *even if Ms. Bibber has ADHD*, this does not mean that she requires extended time accommodations. Many individuals with ADHD diagnoses do not read or take tests more slowly, and Ms. Bibber's diagnostic test scores, as well as her unaccommodated GRE and MCAT scores, suggest that with or without ADHD, she is able to access high-stakes tests without accommodations. This may be due to the ADHD medication that she reportedly takes, but it is entirely appropriate to consider the effects of medication when determining if accommodations are needed.[10]

(Appendix follows on the next page)

---

[9] See *Singh v. George Washington University School of Medicine and Health Sciences*, 508 F. 3d 1097, which is also cited in *Rawdin v. American Board of Pediatrics*, 985 F.Supp.2d 636.

[10] It is my understanding that although the current, amended version of the Americans with Disabilities Act (ADA) does not permit consideration of the ameliorative effects of medication when determining if someone is substantially limited in one or more major life activities, the ameliorative effects of medication *can* be considered in determining the need for reasonable accommodations. See: http://www1.eeoc.gov//laws/regulations/ada_qa_final_rule.cfm?renderforprint=1

**Appendix**

The graph below shows Ms. Bibber's scores on the WIAT-III from her 2013 evaluation at the Rowan University Assessment and Learning Center. These scores are the most recent evidence bearing on the question of whether she has a learning disability in reading under the DSM-5 diagnostic criteria, since the WIAT-III compared her performance to that of age-peers.

|  | Percentile (Percent of Age Peers who Ms. Bibber Outperforms) | | | | |
| --- | --- | --- | --- | --- | --- |
|  | 0 | 25 | 50 | 75 | 100 |
| Listening Comprehension |  |  |  | X |  |
| Reading Comprehension |  | X |  |  |  |
| Math Problem Solving |  |  |  |  | X |
| Sentence Comprehension |  |  |  |  | X |
| Word Reading |  |  |  | X |  |
| Essay Composition |  |  |  | X |  |
| Pseudoword Decoding |  |  | X |  |  |
| Numerical Operations |  |  |  |  | X |
| Oral Expression |  |  |  |  | X |
| Oral Reading Fluency |  | X |  |  |  |
| Spelling |  |  |  | X |  |
| Math Fluency – Addition |  | X |  |  |  |
| Math Fluency – Subtraction |  |  | X |  |  |
| Math Fluency – Multiplication |  |  | X |  |  |

On the WIAT-III, the "Average" range is between the 25th and 75th percentiles, in the shaded gray area in the table. As is typical for healthy patients, Ms. Bibber showed considerable variability; some of her academic skills were stronger than other academic skills. However, as the table clearly shows, all of Ms. Bibber's scores were in the average range or above it, including her scores on all of the reading measures.