UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE M. BIBBER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-4987 |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. | ) |
| Defendant. | ) |

**PLAINTIFF'S DISCLOSURE OF WITNESSES AND EXHIBITS**

**A.   Witness Disclosures**

Plaintiff makes the following disclosures, reserving the right to call other witnesses, as needed solely for impeachment purposes. Plaintiff further reserves the right to call any individuals on Defendant's witness disclosure list.

Bernadette M. Bibber
c/o Law Office of Charles Weiner
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020

James Lawrence Thomas, Ph.D.
19 West 34th Street, Penthouse
New York, NY 10001

Mark Steven Greenberg, Ph.D.
82 Marlborough Street
Boston, MA 02116

**B.** **Exhibit Designations**

In addition to the designations made in the annexed [Joint] Exhibits for Exhibit Book, Plaintiff reserves the right to introduce into evidence any admissible documents identified by Defendant and to introduce exhibits as may be necessary for impeachment or rebuttal purposes, or Defendant's Answers to Interrogatories, or demonstrative exhibits.


Date: 4-4-2016                                         By:     /s/                    .
                                                       Charles Weiner, Esquire
                                                       PA Attorney I.D. #52926
                                                       LAW OFFICE OF CHARLES WEINER
                                        `              Cambria Corporate Center
                                                       501 Cambria Avenue
                                                       Bensalem, PA 19020
                                                       Tel: (267)-685-6311
                                                       Fax: (215) 604-1507
                                                       e-mail: charles@charlesweinerlaw.com
                                                       Counsel for Plaintiff

# Exhibits For Exhibit Books

| Exh. | Description | Date(s) | Bates |
|---|---|---|---|
| 1 | Bibber's Request for Test Accommodations | Rec'd 2/17/15 | NBOME 30-73 |
| 2 | NBOME Decision (Letter) | 4/2/15 | NBOME 80-81 |
| 3 | Freeman Law Office (Letter) | 5/6/15 | NBOME 82-109 |
| 4 | KGR Response (Letter) | 5/26/15 | NBOME 110-114 |
| 5 | Bibber's Request for Reconsideration (email)  Report of Thomas PhD (letter) | 6/6/15 6/3/15 | NBOME 120-134 |
| 6 | NBOME Decision (Letter) | 6/29/15 | NBOME 141 |
| 7 | Lia Haneke – elementary school (Letter) | 7/10/15 | Bibber 110 |
| 8 | Linda Boyd (Letter) | 8/24/15 | Bibber 32 |
| 9 | Kennebec Valley Community College (Academic Transcript) | 5/15/13 | Bibber 117-118 |
| 10 | Colby College (Official Transcript) | 5/27/07 | Bibber 114-116 |
| 11 | College Year in Athens (Official Transcript) | 5/15/13 | Bibber 111 |
| 12 | UMDNJ (Transcript) School of Osteopathic Medicine (Transcript) | 5/15/13, 1/27/16 | Bibber 112-113, 119-122 |
| 13 | Authorization for Release of Records – College Boards (SAT – College Board Report) | 10/23/15 | Bibber 16-29 |
| 14 | Authorization for Release of Records – ETS (GRE – Transcript) | 10/23/15 | Bibber 6-15 |
| 15 | Authorization for Release of Records – AAMC (MCAT – Transcript) | 10/23/15 | Bibber 1-5 |
| 16 | Authorization for Release of Records – Rowan University (Unofficial transcript, COMAT) | 2/25/16 | NBOME 259-265 |
| 17 | Bibber's Application for Admission to UMDNJ Medical School | 2012 | NBOME 266-304 |
| 18 | Bibber's Request for Disability Service and Accommodations | 7/26/13 | NBOME 305-306 |
| 19 | Communications with NBOME (emails) | Mar-Jun 2015 | NBOME 204-210 |
| 20 | NBOME – COMLEX-USA Bulletin of Information | 2015-2016 | Exh. 20 |
| 21 | RowanSOM – Education Handbook [only cover page in Exhibit Binders] | Nov 14 | Exh. 21 |

| | | | | |
|---|---|---|---|---|
| 22 | | Dr. Bernier's Vita | | Exh. 22 |
| 23 | | Dr. Bernier's Initial Report and Recommendation | 3/14/15 | NBOME 7-10, 74-77 |
| 24 | | Dr. Bernier's Second Report and Recommendation | 5/24/15 | NBOME 11-13 |
| 25 | | Dr. Bernier's Testing Accommodation Review | 1/15/16 | NBOME 18-24 |
| 26 | | Expert Report Dr. Bernier (NBOME Expert Disclosure per FRCP 26(a)(2)(B) | 2/1/16 | Exh. 26 |
| 27 | | Redacted TAC Meeting Minutes | 3/25/15 | NBOME 1-2 |
| 28 | | Redacted TAC Meeting Minutes | 5/27/15 | NBOME 3-4 |
| 29 | | Redacted TAC Meeting Minutes | 6/17/15 | NBOME 5-6 |
| 30 | | Redacted TAC Meeting Minutes | 1/26/16 | NBOME 259-260 |
| 31 | | Dr. Lovett's Document Review | 6/12/15 | NBOME 14-16 |
| 32 | | Dr. Lovett's Supplemental Document Review | 1/18/15 | NBOME 25-29 |
| 33 | | Weiner letter to SLS, with draft complaint | 8/27/15 | NBOME 145-169 |
| 34 | | SLS response letter to Weiner | 8/31/15 | NBOME 170-171 |
| 35 | | Colby College letter (Serdjenian) | 2/29/16 | Bibber 141 |
| 36 | | Bibber's COMSAE Scores | 5/21/15 | Bibber 139 |
| 37 | | Bibber's COMSAE Scores | 12/31/15 | Bibber 140 |
| 38 | | Rutgers Letter | 9/10/15 | |
| 39 | | Dr. Thomas CV | | Bibber 160-163 |
| 40 | | Dr. Greenberg CV | 1/1/16 | Bibber 142-149 |
| 41 | | Report of Dr. Greenberg (Bibber Expert Disclosure per FRCP 26(a)(2)(B) | 2/12/16 | Bibber 145, 123-138 |
| 42 | | Dr. Lovett CV (Abbreviated Consulting) | 2/14/14 | NBOME 273-278 |
| 43 | | Dr. Lovett Expert Report (NBOME Expert Disclosure per FRCP 26(a)(2)(B) | 2/18/16 | Exh. 43 |
| 44 | | TAC Policy Requests for Test Accommodations | | NBOME 285-286 |
| 45 | | Dr. Andriole CV | | NBOME 307-311 |
| 46 | | Dr. Dombrowski CV | | NBOME 312-322 |

| | | | | |
|---|---|---|---|---|
| 47 | | Dr. Foster CV | | NBOME 323-330 |
| 48 | | Dr. Getz CV | | NBOME 331-337 |
| 49 | | Dr. Gilroy CV | | NBOME 338-340 |
| 50 | | Dr. Kemper CV | | NBOME 341-348 |
| 51 | | Dr. King CV | | NBOME 349-353 |
| 52 | | Dr. LaBaere CV | | NBOME 354-361 |
| 53 | | Dr. Magen CV | | NBOME 362-380 |
| 54 | | Dr. McCord CV | | NBOME 381-386 |
| 55 | | Dr. Song CV | | NBOME 387-393 |
| 56 | | Plaintiff's COMSAE performance data (untimed - redacted) | 5/21/15 | NBOME 394-398 |
| 57 | | Plaintiff's COMSAE performance data (timed - redacted) | 12/31/15 | NBOME 399-403 |
| 58 | | COMSAE Phase 1 Instructions | | NBOME 404 |
| 59 | | Greenberg Consulting Agreement | 2/1/15 | Bibber 164 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE M. BIBBER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-4987 |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, I electronically filed the foregoing Plaintiff's Disclosure of Witnesses and Exhibits with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

| | |
|---|---|
| Jeffrey W. McDonnell, Esq | Sydney L. Steele, Esq. |
| Harriet.anderson-smith.cna.com | Jennifer L. Watt, Esq. |
| 1600 Market Street, Suite 2020 | Kroger, Gardis, & Regas, LLP |
| Philadelphia, PA 19103 | 111 Monument Circle, Suite 900 |
| Jeffrey. mcdonnell@cna.com | Indianapolis, IN 46204 |
| Counsel for Defendant | sls@kgrlaw.com; jlw@kgrlaw.com |
| | Counsel for Defendant |

By:   /s/            .
Charles Weiner, Esquire
PA Attorney I.D. #52926
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel: (267)-685-6311
Fax: (215) 604-1507
e-mail: charles@charlesweinerlaw.com

Counsel for Plaintiff