IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE M. BIBBER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | |
| OSTEOPATHIC MEDICAL | : | NO. 15-4987 |
| EXAMINER, INC. | : | |

ORDER

AND NOW, this 11th day of April, 2016, upon consideration plaintiff Bernadette

Bibber's claim for relief pursuant to the Americans with Disabilities Act and after a final

injunction hearing, and based upon the findings of fact and conclusions of law contained in the

accompanying Memorandum, it is hereby ORDERED that:

1.      Bibber's motion for a preliminary injunction (docket entry #17) is

DENIED AS MOOT;

2.      Bibber's requests for injunctive relief, declaratory relief, compensatory

damages, and attorney's fees and costs are DENIED;

3.      The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


__/s/ Stewart Dalzell, J.
Stewart Dalzell, J.