IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE M. BIBBER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | |
| OSTEOPATHIC MEDICAL | : | NO. 15-4987 |
| EXAMINER, INC. | : | |

JUDGMENT

AND NOW, this 11th day of April, 2016, in accordance with the accompanying Order denying plaintiff's request for relief, JUDGMENT IS ENTERED in favor of defendant National Board of Osteopathic Medical Examiner, Inc. and against plaintiff Bernadette M. Bibber.

BY THE COURT:


\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.